UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
JPMORGAN CHASE BANK, N.A.

In Re:
    Branin, Marisa Leigh Branin, Jonathan Lewis

Order Filed on January 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-34390 CMG

Chapter: 13

Hearing Date: January 17, 2018
Judge: Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 18, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>JPMORGAN CHASE BANK, N.A.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

**Land and premises commonly known as Lot , Block ,**

■    Personal Property More Fully Describes as: JM1BM1U72E1215231 2014 Mazda Mazda3,

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jonathan Lewis Branin  
Marisa Leigh Branin  
    Debtors

Case No. 16-34390-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 18, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.  
db/jdb        +Jonathan Lewis Branin,   Marisa Leigh Branin,   59 Harcourt Drive,   Hamilton, NJ 08610-4146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lawrence A Fox    on behalf of Debtor Jonathan Lewis Branin lafoxlaw@aol.com  
         Lawrence A Fox    on behalf of Joint Debtor Marisa Leigh Branin lafoxlaw@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 6