| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Jonathan Lewis Branin and
Marisa Leigh Branin,

Debtors.

Case No.: 16-34390

Chapter: 13

Judge: Christine M. Gravelle

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Jonathan Lewis Branin, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/1/2022

Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

rev.8/1/18

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Jonathan Lewis Branin and<br>Marisa Leigh Branin,<br><br>Debtors. | Case No.: 16-34390<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Marisa Leigh Branin, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/1/2022

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18

February 1, 2022

Jonathan L. Branin
Marisa L. Branin
59 Harcourt Dr
Hamilton, NJ 08610-4146



United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

**In reference to Case #16-34390, preceded by Judge Christine M. Gravelle**

To Whom It May Concern:

We are writing your court today to file our Certification In Support of Discharge for Chapter 13 Case#16-34390 with the Chapter 13 court.

Please file the enclosed Certification In Support of Discharge, one for myself, Jonathan L. Branin, and one for my co-debtor, Marisa L. Branin, with the court.

Please let us know if there is anything else required in order to complete our Chapter 13 Bankruptcy Case#16-34390.

Thank you in advance for your help with this matter.

Sincerely,

*[signature]*
Jonathan L. Branin

*[signature]*
Marisa L. Branin



Branin
59 Harcourt Dr
Hamilton, NJ 08610-4146

United States Bankruptcy Court
District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

7021 2720 0002 4626 7376

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bankruptcy Court
District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

9590 9402 7023 1225 9333 24

2. Article Number (Transfer from service label)
7021 2720 0002 4626 7376

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. POSTAGE PAID
FCM LG ENV
TRENTON, NJ
08610
FEB 01 22
AMOUNT
$8.16
R2304N116734-20