| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jonathan Lewis Branin | Social Security number or ITIN  xxx–xx–1434 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marisa Leigh Branin | Social Security number or ITIN  xxx–xx–5914 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–34390–CMG | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jonathan Lewis Branin

Marisa Leigh Branin
aka Marisa Jimenez

2/8/22

**By the court:** Christine M. Gravelle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-34390-CMG |
| Jonathan Lewis Branin | Chapter 13 |
| Marisa Leigh Branin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 08, 2022 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Lewis Branin, Marisa Leigh Branin, 59 Harcourt Drive, Hamilton, NJ 08610-4146 |
| 516599180 | + | ACCESS GROUP,INC./BNY;777378, Xerox Education Services, LLC dba, ACS Education Services, 501 Bleecker St., Utica, NY 13501-2401 |
| 516565842 | + | ACS, Attn: MEFA Department, PO BOX 7052, Utica, NY 13504-7052 |
| 516565843 | + | American Education Services, PO BOX 2461, Harrisburg, PA 17105-2461 |
| 516565846 | + | Chase, Attn: United Collections Bureau, PO BOX 1418, Maumee, OH 43537-8418 |
| 516565847 | + | Chase, Attn: MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 516565848 | + | Citibank, PO BOX 469100, Escondido, CA 92046-9100 |
| 516565851 | + | FedLoans Services, Department of Education, PO BOX 530210, Atlanta, GA 30353-0210 |
| 516565852 | + | HESAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 516565853 | + | HESSA, PO BOX 548, Trenton, NJ 08625-0548 |
| 516565854 | + | HVW, Inc., 2201 Route 33, Hamilton Square, NJ 08690-1717 |
| 518840305 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518840306 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 516565855 | + | Margo Investments, LLC, 13733 SW 39th Street, Davie, FL 33330-5713 |
| 516603860 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 516596223 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 516565857 | + | PNC Bank, 249 5th Ave, Ste. 30, Pittsburgh, PA 15222-2707 |
| 516784473 | + | TD Bank, Att: Michael Blaine, 30 Montgomery St Ste1205, Jersey City, NJ 07302-3835 |
| 516781392 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 516768610 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516565859 | + | Verizon Wireless, Attn: Southwest Credit, 4120 Internation Pkwy, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517543053 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 08 2022 20:32:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708 |
| 516565844 | + | Email/PDF: bncnotices@becket-lee.com | Feb 08 2022 20:37:21 | American Express, PO BOX 981535, El Paso, TX 79998-1535 |
| 516729815 | | Email/PDF: bncnotices@becket-lee.com | Feb 08 2022 20:37:11 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516652233 | | EDI: AIS.COM | Feb 09 2022 01:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516565845 | + | EDI: CAPONEAUTO.COM | Feb 09 2022 01:33:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |

Case 16-34390-CMG    Doc 61    Filed 02/10/22    Entered 02/11/22 00:14:38    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516580988 | + | EDI: AISACG.COM | Feb 09 2022 01:33:00 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516565846 | + | Email/Text: BAN1418@UCBINC.COM | Feb 08 2022 20:32:00 | Chase, Attn: United Collections Bureau, PO BOX 1418, Maumee, OH 43537-8418 |
| 516578130 | | EDI: DISCOVER.COM | Feb 09 2022 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516565849 | + | EDI: DISCOVER.COM | Feb 09 2022 01:33:00 | Discover More Card, PO BOX 30943, Salt Lake City, UT 84130-0943 |
| 516565850 | + | EDI: DISCOVER.COM | Feb 09 2022 01:33:00 | Discover Motiva Card, PO BOX 30943, Salt Lake City, UT 84130-0943 |
| 517222246 | | EDI: ECMC.COM | Feb 09 2022 01:33:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517222247 | | EDI: ECMC.COM | Feb 09 2022 01:33:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517604020 | | Email/Text: FMClaims@Firstmarkservices.com | Feb 08 2022 20:32:07 | Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 517604021 | | Email/Text: FMClaims@Firstmarkservices.com | Feb 08 2022 20:32:07 | Firstmark Services, PO Box 82522, Lincoln, NE 68501, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 516815514 | | EDI: JPMORGANCHASE | Feb 09 2022 01:33:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516662343 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2022 20:37:07 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516650408 | | EDI: NAVIENTFKASMSERV.COM | Feb 09 2022 01:33:00 | NAVIENT PC TRUST, C/O Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516565856 | + | EDI: NAVIENTFKASMSERV.COM | Feb 09 2022 01:33:00 | Navient, PO BOX 9500, Wilkes Barre, PA 18773-9500 |
| 516749861 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 08 2022 20:32:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 516655273 | + | EDI: RMSC.COM | Feb 09 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516565858 | | EDI: TDBANKNORTH.COM | Feb 09 2022 01:33:00 | TD Bank, PO BOX 84037, Columbus, GA 31908 |
| 516565860 | + | EDI: WFFC.COM | Feb 09 2022 01:33:00 | Wells Fargo Bank, PO BOX 10347, Des Moines, IA 50306-0347 |
| 516759789 | | EDI: WFFC.COM | Feb 09 2022 01:33:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518840308 | * | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518840307 | * | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: 3180W | Total Noticed: 45 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lawrence A Fox | on behalf of Debtor Jonathan Lewis Branin lafoxlaw@aol.com |
| Lawrence A Fox | on behalf of Joint Debtor Marisa Leigh Branin lafoxlaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6