Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 16−34390−CMG
                      Chapter: 13
                      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jonathan Lewis Branin | Marisa Leigh Branin |
| 59 Harcourt Drive | aka Marisa Jimenez |
| Hamilton, NJ 08610 | 59 Harcourt Drive |
| | Hamilton, NJ 08610 |

Social Security No.:
  xxx−xx−1434                                     xxx−xx−5914

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 25, 2022</u>                     <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court